In the Matter of FAILURE TO COM-
PLY WITH CONTINUING LEGAL
EDUCATION REQUIREMENTS
and/or NONPAYMENT OF ATTOR-
NEY REGISTRATION FEES.

No. 94S00–0905–MS–210.

Supreme Court of Indiana.

May 5, 2009.

*ORDER OF SUSPENSION OF CER-
TAIN ATTORNEYS FOR FAILURE
TO PAY ATTORNEY REGISTRA-
TION FEES and/or FAILURE TO
COMPLY WITH CONTINUING LE-
GAL EDUCATION REQUIRE-
MENTS*

RANDALL T. SHEPARD, Chief Jus-
tice.

The Clerk of the Court has notified this
Court that certain attorneys have failed
either to pay the annual registration fee
required for them to be licensed to prac-
tice law in Indiana, or to file an exemption
affidavit as contemplated by Indiana Ad-
mission and Discipline Rule 2. In addi-
tion, the Indiana Commission for Continu-
ing Legal Education has notified the Court
that certain attorneys have failed to com-
ply with the continuing legal education re-
quirements of Admission and Discipline
Rule 29, Sections 3 or 10.

The Court finds that the attorneys listed
on Exhibit A, which is attached to and
expressly made a part of this order, have
not complied with the Admission and Dis-
cipline Rules mentioned above, the basis or
bases of their noncompliance being listed
to the immediate right of each attorney's
bar number. Accordingly, this Court finds
that such attorneys should be and there-
fore ARE SUSPENDED from the prac-
tice of law in the State of Indiana.

Although the suspension is effective as
of the date of this order for purposes of
the reinstatement procedures that must be
followed and/or any reinstatement fees
that must be paid for reinstatement, the
Court directs that the proscription against
the actual practice of law will go into effect
at 11:59 p.m. on Thursday, June 4, 2009.
The delay from the date of this order to
the suspension date is for the sole purpose
of allowing time for copies of this order to
be sent, received, and acted upon by the
suspended attorneys. Any attorney whose
name appears on Exhibit A may be rein-
stated by complying with the applicable
reinstatement procedures and by paying
any applicable penalties.

Certain attorneys may have asked the
Commission for extensions of time within
which to comply with the Rules governing
continuing legal education requirements.
If the Commission has decided that suffi-
cient reasons exist to grant an extension,
as provided in Admission and Discipline
Rule 29, Section 8, then the attorney's
name will not appear on the list of sus-
pended attorneys attached to this order.

The Clerk of this Court is directed to
forward a copy of this Order and the sus-
pension list, Exhibit A, to the Executive
Secretary of the Indiana Supreme Court
Disciplinary Commission; to the Executive
Director of the Indiana Board of Law Ex-
aminers; to the Indiana Commission For
Continuing Legal Education; to the Su-
preme Court Administrator; to the Execu-
tive Director of State Court Administra-
tion; to the Indiana State Bar Association;
to the Clerk of the U.S. District Court for
the Southern District of Indiana; to the
Clerk of the U.S. District Court for the
Northern District of Indiana; to all Clerks
of the Circuit Courts of this State who,
with the aid of the Judge of the Circuit
Court in which that Clerk serves, shall
post this Order for examination by the

members of the bar; and to each of the attorneys listed on Exhibit A whose address is on the roll of attorneys.

All Justices concur.

Exhibit A

Allen County

2616–02 *Fees*

**ERNEST MELVIN BEAL JR**

1515 MAGNAVOX WAY

FORT WAYNE IN 46804

25287–01 *Fees*

**DAWN DESIREE CUMMINGS**

5217 CRANDON LANE

FORT WAYNE IN 46804

24753–02 *CLE, Fees*

**FAZIA DEEN–BACCHUS**

P.O. BOX 8183

FORT WAYNE IN 46898

21967–02 *CLE*

**LISA MARIE DIRIG**

7333 VALLEY MEADOWS DRIVE

FORT WAYNE IN 46815

25210–35 *CLE*

**DANIELLE LYNN FLORA**

2777 MAPLECREST ROAD

FORT WAYNE IN 46815

14576–02 *CLE, Fees*

**MITCHELL WAYNE HICKS**

116 WEST COLUMBIA STREET

FORT WAYNE IN 46802

14850–17 *Fees*

**LEE ANN HINES**

NAT. CITY BANK

110 W. BERRY STREET

FORT WAYNE IN 46802

20530–02 *CLE*

**R. MARK KEATON**

P.O. BOX 11208

FORT WAYNE IN 46856

8740–02 *Fees*

**GARY DAVID LEBRATO**

6424 BLUFFTON RD.

FORT WAYNE IN 46809

10289–02 *CLE*

**MONTE JAY LIGHTNER**

347 WEST BERRY STREET

SUITE 100

FORT WAYNE IN 46802

21717–02 *CLE, Fees*

**DANIELLE RAE LOUTON**

1134 ILLSLEY DRIVE

FORT WAYNE IN 46807

10392–49 *CLE*

**ROBERT EDWARD LOVE**

110 WEST BERRY STREET

SUITE 2014

FORT WAYNE IN 46802

18546–64 *Fees*

**CHRISTINE M. MARCUCCILLI**

110 WEST BERRY ST. # 2100

P.O. BOX 11647
FORT WAYNE IN 46859

9306–02 *CLE*
**JACK ALLEN MOCHAMER**
STE. 710
202 W. BERRY ST.
FORT WAYNE IN 46802

9294–02 *Fees*
**JAMES M. MORE**
116 EAST BERRY STREET
SUITE 610
FORT WAYNE IN 46802

26550–02 *CLE, Fees*
**SAMUEL EMORY RAY**
214 CREEKSIDE COURT EAST
HUNTERTOWN IN 46748

18157–64 *CLE*
**DAVID SCOTT SHERMAN**
9316 TIMBER RIDGE COURT
FORT WAYNE IN 46804

953–02 *Fees*
**RICHARD C. VER WIEBE**
6617 QUAIL RIDGE LANE
FORT WAYNE IN 46804

19658–02 *Fees*
**BRENT CRAIG VIAN**
126 WEST COLUMBIA STREET
SUITE 200
FORT WAYNE IN 46802

25193–27 *CLE*
**TRISHA KAY WALLS**
828 MANNES PINES COVE
FORT WAYNE IN 46814

**Bartholomew County**
20574–53 CLE, *Fees*
**SHAUN PATRICK DESMOND**
1089 THICKET COURT
COLUMBUS IN 47201

**Boone County**
17952–49 *CLE*
**TRACY JEAN FOLLSTAD**
9538 PLEASANTVIEW LANE
ZIONSVILLE IN 46077

20324–49 *Fees*
**KATHRYN ELIZABETH RANSBURG**
7975 HUNT COUNTRY PLACE
ZIONSVILLE IN 46077

23820–49 *CLE*
**JOHN RICHARD TROLL**
4675 SOUTH 925 EAST
ZIONSVILLE IN 46077

15030–49 *Fees*
**MARY FRANCES ZAPPIA**
4950 TURKEYFOOT ROAD
ZIONSVILLE IN 46077

**Clark County**
26819–64 *CLE*
**ALEXANDER CHRISTOS GATZIMOS**
105 HILLSIDE CIRCLE

CHARLESTOWN IN 47111

21680–10 *CLE*
**BRADLEY BROWN JACOBS**
332 SPRING STREET
JEFFERSONVILLE IN 47130

14716–10 *CLE*
**REBECCA LEE LOCKARD**
411 WATT STREET
JEFFERSONVILLE IN 47130

11443–10 *Fees*
**LARRY O'DELL WILDER**
530 EAST COURT AVENUE
JEFFERSONVILLE IN 47130

**Clay County**
23938–49 *Fees*
**RAY LUTHER JARRETT**
P.O. BOX 333
BRAZIL IN 47834

11853–11 *Fees*
**GLENNA LEE SIMONS**
9376 N. BRADLEY LANE
BRAZIL IN 47834

**Clinton County**
20234–12 *CLE*
**JEFFREY PAUL LITTLE**
253 N. JACKSON STREET
FRANKFORT IN 46041

**Dearborn County**
16668–45 *CLE*

**RICHARD ALAN BUTLER**
310 WEST HIGH STREET
LAWRENCEBURG IN 47025

**Decatur County**
2624–16 *Fees*
**VICTOR RONALD BEARD**
703 BEECHWOOD
GREENSBURG IN 47240

25343–49 *CLE*
**ANGEL FAYE MARKS**
7398 N. STATE ROAD # 3
GREENSBURG IN 47240

1099–16 *Fees*
**KARL FREDERICK WALKER**
132 E. WASHINGTON
P.O. BOX 468
GREENSBURG IN 47240

**DeKalb County**
909–17 *CLE*
**JEFFREY LYNN TURNER**
METAL TECHNOLOGIES, INC.
1401 S. GRANDSTAFF DR.
AUBURN IN 46706

**Delaware County**
23855–18 *CLE*
**JAMES WILLIAM AVERY**
7104 WEST CHEYENNE DRIVE
MUNCIE IN 47304

4483–98 *CLE, Fees*
**LOUIS WADE DENNEY**

120 NORTH WALNUT STREET
MUNCIE IN 47305

**Elkhart County**
4819–45 *Fees*
**MARK WILLIAM DOTY**
409 WEST LEXINGTON
ELKHART IN 46516

15672–20 *CLE*
**JOSEPH CHRISTIAN LEHMAN**
221 S. MAIN
GOSHEN IN 46526

9501–20 *Fees*
**CECELIA J. MCGREGOR**
1040 NORTH MAIN STREET
GOSHEN IN 46528

10311–20 *Fees*
**SUSAN MARGARET MILLER**
300 KRIDER DR
P.O. BOX 62
MIDDLEBURY IN 46540

10274–20 *CLE, Fees*
**PATRICK FRANCIS O'LEARY**
221 N. MAIN STREET
P.O. BOX 556
GOSHEN IN 46526

**Floyd County**
2626–22 *Fees*
**STEPHEN JOHNSON BEARDSLEY**
227 PEARL STREET

NEW ALBANY IN 47150

3777–22 *CLE, Fees*
**BARRY NORMAN BITZEGAIO**
506 STATE STREET
P.O. BOX 1343
NEW ALBANY IN 47151

26761–22 *Fees*
**ROBIN WINDELL FLETCHER**
3105 BRAZIL LAKE PARKWAY
GEORGETOWN IN 47122

19545–22 *CLE*
**CHARLES RICHARD RUSH**
421 WEST 1ST STREET
NEW ALBANY IN 47150

**Franklin County**
26019–24 *Fees*
**MICHELLE LYNN COOK**
P.O. BOX 397
LAUREL IN 47024

**Grant County**
24512–27 *Fees*
**TIA RENEE BREWER**
7074 W. 200 S.
SWAYZEE IN 46986

20172–27 *Fees*
**JOSHUA MICHAEL HOWELL**
215 SOUTH ADAMS # 205
P.O. BOX 1124
MARION IN 46952

6183–27 *Fees*

**KIM ALAN ROGERS**
P.O. BOX 925
525 SOUTH WASHINGTON ST.
MARION IN 46952

21424–27 *Fees*
**BEAU JACK WHITE**
141 SOUTH ADAMS STREET
MARION IN 46952

1641–27 *Fees*
**STEPHEN PAUL WOLFE**
139 EAST 3RD STREET
MARION IN 46952

Greene County
23567–28 *CLE*
**ANDREW JACOB FISH**
20 NORTH WASHINGTON ST.
WORTHINGTON IN 47471

Hamilton County
22201–49 *CLE, Fees*
**JEFFREY PAUL AYRES**
10763 ALLISONVILLE ROAD
FISHERS IN 46038

17798–49 *CLE*
**KATHLEEN DAWN BACK**
451 AMERICAN WAY N. DR.
# 1D
CARMEL IN 46032

21538–49 *CLE*
**AMY BETH BAKER**

1794 REVERE PL.
CARMEL IN 46032

23888–49 *Fees*
**JOHN S. BJERKE**
952 ARROWWOOD DRIVE
CARMEL IN 46033

20032–29 *CLE*
**SUSAN JANE BOBER**
132 PARLIAMENT COURT
NOBLESVILLE IN 46060

22291–49 *CLE*
**KATHRYN RYLAND BROWN**
9113 MERRILL COURT
FISHERS IN 46038

15132–54 *Fees*
**PENNY LYNN CAREY**
11703 MAPLE STREET
FISHERS IN 46038

21598–49 *CLE*
**MELODY NICHOLS DILK**
11263 HEARTHSTONE DRIVE
FISHERS IN 46037

25218–49 *CLE, Fees*
**KJELL PAUL ENGEBRETSEN**
535 ALTAM AVENUE
CARMEL IN 46032

8472–49 *CLE*
**FREDERICK LYON FARRAR**
11085 QUEENS WAY CIRCLE
CARMEL IN 46032

FISHERS IN 46038

25963–49 *Fees*

**NATHAN SCOTT FLOYD**

11012 TAM O SHANTER DR.

CARMEL IN 46032

24611–49 *Fees*

**MARSHA LYNN HACKENBERG**

19343 ROMNEY DRIVE

NOBLESVILLE IN 46060

23602–49 *CLE*

**EDWARD LEON HARRIS III**

8625 EAST 116TH STREET

FISHERS IN 46038

17720–49 *CLE*

**CRAIG LINN HITCHCOCK**

10778 KNIGHT DRIVE

CARMEL IN 46032

23348–49 *Fees*

**KENA S. HOLLINGSWORTH**

9650 NORTH AUGUSTA ROAD

SUITE 532

CARMEL IN 46032

22403–49 *CLE, Fees*

**JASON EVEVETT JACKSON**

1964 RHETTSBURY STREET

CARMEL IN 46032

17522–49 *CLE*

**LINDA AMELIA MARIE TURNER JELKS**

8405 FISHERS CENTER DR.

18017–49 *CLE*

**JOHN MICHAEL JOYCE**

10791 BITTERSWEET LANE

FISHERS IN 46038

22452–45 *CLE*

**KAISER DARCEL LOWE**

12719 TOUCHDOWN DRIVE

FISHERS IN 46037

17451–49 *Fees*

**MEREDITH JOY MANN**

11160 BRIDLEWOOD TRAIL

ZIONSVILLE IN 46077

24831–49 *Fees*

**HEATHER ANNE MCCABE**

8978 BUTTERCUP COURT

NOBLESVILLE IN 46060

11278–49 *Fees*

**SHEILA O'BRYAN MCGRATH**

13925 SABEN CT

CARMEL IN 46032

25371–45 *CLE*

**JOEL SCOTT PASKA**

15466 SHELLBARK DRIVE

NOBLESVILLE IN 46062

17502–49 *CLE*

**MARY BETH PLUMMER**

10914 FLOWER MOUND PLACE

FISHERS IN 46037

 

10903–49 *CLE, Fees*
**WILLIAM R. RADEZ JR**
12776 NORFOLK LANE
CARMEL IN 46032

26117–29 *CLE, Fees*
**SANG JUNE RYU**
358 DARTMOUTH STREET
APT. 926
CARMEL IN 46032

17827–49 *Fees*
**RICHARD WAYNE SCHUG**
5095 WOOD DUCK COURT
CARMEL IN 46033

21401–29 *CLE*
**NANCY FISHER SLATER**
301 EAST CARMEL DRIVE
BLDG. G, STE. 100
CARMEL IN 46032

11788–06 *CLE*
**NICK ARTHUR TILLEMA**
5281 ARAPAHO WAY
CARMEL IN 46033

1537–29 *Fees*
**DAVID FREDERICK TUDOR**
P.O. BOX 1775
NOBLESVILLE IN 46061

1467–07 *Fees*
**JOHN M. ZANETIS JR**
301 E. CARMEL DR.—H 250

CARMEL IN 46032

Hancock County
24963–49 *Fees*
**DOUGLAS DEAN JESCHKE**
6114 CROSSFIELD TRAIL
MCCORDSVILLE IN 46055

22224–49 *CLE*
**TERRANCE LAMONT KINNARD**
5686 N. JAMESTOWN DRIVE
MCCORDSVILLE IN 46055

22262–29 *Fees*
**AMBER DAWN SULLIVAN**
11115 MANTEO COURT
FORTVILLE IN 46040

Hendricks County
24965–32 *Fees*
**DANA LYNN JOHNSON**
750 STAFFORD ROAD
PLAINFIELD IN 46168

Henry County
9584–33 *Fees*
**WILLIAM DAVID NEAL**
1923 S. 18TH ST.
P.O. BOX 682
NEW CASTLE IN 47362

Howard County
24081–34 *Fees*
**MONTY BRANDT ARVIN**
421 W. SYCAMORE STREET
KOKOMO IN 46901

26666–49 *Fees*
**AARON TAYLOR SMITH**
4025 COLTER DRIVE
KOKOMO IN 46902

**Johnson County**
8217–49 *Fees*
**MICHAEL GLENN HINKLE**
4215 W. HUNTER RIDGE LN.
GREENWOOD IN 46143

13892–41 *Fees*
**DANIEL CHARLES MCCARTHY**
271 EAST MAIN STREET
GREENWOOD IN 46142

26720–49 *CLE*
**POLLYANNA MOLINA**
1690 DEVONSHIRE S. DR.
APT. A
GREENWOOD IN 46143

25739–64 *CLE*
**LAWRENCE HENRY PLAWECKI**
5377 WAKEFIELD DRIVE N.
GREENWOOD IN 46142

19997–49 *CLE*
**ANDREW STEPHEN ROESENER**
1904 BARBIE COURT
FRANKLIN IN 46131

27322–41 *CLE*
**LUCAS DEVIN SAYRE**
421 WEST MAIN STREET

GREENWOOD IN 46142

**Knox County**
27478–42 *Fees*
**DAVID A. MORELAND**
119 EAST SECOND STREET
BOX 127
BICKNELL IN 47512

**Kosciusko County**
21029–43 *CLE*
**WARREN DANIEL MURPHY**
718 EAST JEFFERSON ST.
GOSHEN IN 46528

16893–49 *Fees*
**ERIC RAYMOND MARTIN WALD-KOETTER**
56 BELL DRIVE EAST
WARSAW IN 46582

2312–02 *CLE, Fees*
**SALLY JO SITTLER WILSON**
902 WEST CANAL STREET
# 1
WINONA LAKE IN 46590

**LaGrange County**
3657–02 *Fees*
**MELVIN WAYNE BREDEMEIER**
5688 S. COUNTY ROAD 980 E
WOLCOTTVILLE IN 46795

17947–44 *Fees*
**JEFFREY KYLE FETTERS**
0940 E. 670S
WOLCOTTVILLE IN 46795

**Lake County**

18311–45 *CLE*
**CORINTH BISHOP II**
3826 MAIN STREET
EAST CHICAGO IN 46312

27684–45 *CLE*
**KARYN PRICE BOSWELL**
2042 VAN BUREN
GARY IN 46407

17658–29 *CLE*
**MICHELLE PRESTON BURCHETT**
10016 POLK COURT
CROWN POINT IN 46307

6817–45 *Fees*
**ANDREW JOHN FETSCH**
33 WILDWOOD ROAD
HAMMOND IN 46323

18672–45 *CLE*
**RAYMOND GUPTA**
9013 INDIANAPOLIS BLVD.
HIGHLAND IN 46322

12695–45 *Fees*
**RICHARD GORDON HATCHER**
2210 HAYES
GARY IN 46404

21713–45 *CLE*
**YOLANDA SHERICE HOLDEN**
5830 TANEY PLACE
MERRILLVILLE IN 46410

19832–45 *CLE*
**JAMES LANTING**
845 ROYAL DUBLIN
DYER IN 46311

22690–45 *CLE, Fees*
**MARCO ANTONIO MOLINA**
8585 BROADWAY
SUITE 480
MERRILLVILLE IN 46410

22517–45 *Fees*
**ROBIN GAIL REMLEY**
900 RIDGE ROAD
SUITE T
MUNSTER IN 46321

23986–45 *CLE, Fees*
**RICHARD JOSEPH SCHEIBENREIF**
4137 AUGUSTA DRIVE
CROWN POINT IN 46307

265–45 *CLE, Fees*
**JERRY ISRAEL SHAPIRO**
9219 INDIANAPOLIS BLVD.
HIGHLAND IN 46322

25802–64 *CLE*
**BRIAN MICHAEL SMITH**
331 COCHRAN DRIVE
CROWN POINT IN 46307

11731–45 *CLE*
**EMERSON HARMON TILLER II**
11035 BROADWAY
SUITE A

CROWN POINT IN 46307

19985–45 *CLE*
**FREDERICK JOHN TOM**
9350 PARKWAY DRIVE
HIGHLAND IN 46322

2224–45 *Fees*
**PATRICK WILLIAM YOUNG**
4231 BROADWAY
GARY IN 46409

<u>LaPorte County</u>
15372–46 *Fees*
**DOUG ALLEN BERNACCHI**
450 ST. JOHN ROAD
SUITE 109
MICHIGAN CITY IN 46360

25913–46 *CLE*
**WALTER J. BINDER**
2709 ROSLYN TRAIL
LONG BEACH IN 46360

3203–64 *CLE*
**JAMES ALAN CHESLEK**
1002 LIBERTY TRIAL
MICHIGAN CITY IN 46360

5485–71 *CLE*
**CAROL JEAN COLBY KAESEBIER**
6 ELM PLACE
LAPORTE IN 46350

18197–46 *CLE*
**BARBARA ANN TRANSKI**

902 PINE STREET
MICHIGAN CITY IN 46360

<u>Madison County</u>
3010–48 *Fees*
**THOMAS PATRICK BURKE**
410 WEST 9TH STREET
ANDERSON IN 46016

6980–48 *Fees*
**JAMES ELI FREEMAN JR**
1001 JACKSON
ANDERSON IN 46016

20342–48 *CLE*
**VERONICA MIA ROBY**
2331 E. MAIN ST.
ELWOOD IN 46036

122–48 *Fees*
**BLANCHARD HORNE SHEARER**
522 WEST 8TH STREET
ANDERSON IN 46016

<u>Marion County</u>
13754–27 *Fees*
**MIKAL ABDUR–RAHIM**
2504 EAST EPLER AVENUE
INDIANAPOLIS IN 46227

25278–49 *CLE, Fees*
**JULIE COLLEEN ALEXANDER**
9142 BUDD RUN DRIVE
INDIANAPOLIS IN 46250

2394–98 *Fees*
**CHRIS COTTON ANDERSON**

 

915 NORTH MUESSING ST.
# 101
INDIANAPOLIS IN 46229

15365–49 *CLE*
**JACOB ATIA ATANGA**
P.O. BOX 2121
INDIANAPOLIS IN 46206

21996–49 *CLE, Fees*
**RUBEN AUGER–MARCHAND**
P.O. BOX 30721
INDIANAPOLIS IN 46230

22385–49 *CLE*
**TANYA RENEE BELL**
3145 NORTH MERIDIAN ST.
INDIANAPOLIS IN 46208

17017–49 *Fees*
**DENNIS EARLE BLAND**
3750 WATSON RD.
INDIANAPOLIS IN 46205

26743–49 *CLE*
**JEROLD ALLEN BONNET**
1145 EAST 105TH STREET
INDIANAPOLIS IN 46280

17887–49 *Fees*
**BELINDA JEAN BROWN**
6020 E. 9TH STREET
INDIANAPOLIS IN 46219

3689–49 *Fees*
**NANCY LYNNE BROYLES**

4106 N. WASHINGTON BLVD.
INDIANAPOLIS IN 46205

4125–49 *CLE*
**ROBERT BRADFORD BUSH**
8624 BAY POINTE CIRCLE
INDIANAPOLIS IN 46236

20061–49 *CLE*
**PATRICK NELSON CHASTAIN**
5872 BROADWAY STREET
INDIANAPOLIS IN 46220

3196–98 *CLE, Fees*
**GERALDINE LOUISE CHAVIS**
9016 ASHFORD CASTLE DRIVE
# 515
INDIANAPOLIS IN 46250

22207–30 *CLE, Fees*
**ANDREW ERIC CLARK**
424 E. WABASH STREET
INDIANAPOLIS IN 46204

24055–49 *CLE*
**JOHN DANIEL COCHRAN**
410 NORTH MERIDIAN STREET
APT. 801
INDIANAPOLIS IN 46204

19982–49 *Fees*
**RAFHAEL ABRIAN COFFEE**
1567 EAST 52ND STREET
INDIANAPOLIS IN 46205

17028–49 *Fees*
**TIMOTHY CHARLES COOK**

3338 SHADY MAPLE WAY
INDIANAPOLIS IN 46227

25540–64 *Fees*
**NICHOLAS HERBERT DANDURAND**
4011 NORTH PARK AVENUE
INDIANAPOLIS IN 46205

15725–49 *Fees*
**MICHAEL BRENT DAVIS**
8900 KEYSTONE CROSSING
INDIANAPOLIS IN 46240

23542–53 *CLE*
**P. ADAM DAVIS**
9000 KEYSTONE CROSSING
SUITE 660
INDIANAPOLIS IN 46240

26711–49 *Fees*
**VARSHA VILAS DHUMALE**
9292 NORTH MERIDIAN ST.
SUITE 308
INDIANAPOLIS IN 46260

21907–88 *CLE*
**TIMOTHY ALAN DOYLE**
120 EAST MARKET STREET
SUITE 811
INDIANAPOLIS IN 46204

22956–49 *CLE, Fees*
**JASON CECIL FARMER**
2700 FIRST INDIANA PLAZA
135 NORTH PENNSYLVANIA ST

INDIANAPOLIS IN 46204

14239–49 *CLE*
**MAUREEN HELLMANN FERGUSON**
720 N. HIGH SCHOOL ROAD
P.O. BOX 24517
INDIANAPOLIS IN 46224

13975–48 *CLE*
**RONALD WILLIAM FRAZIER**
612 EAST MARKET STREET
INDIANAPOLIS IN 46202

25968–49 *Fees*
**GREGORY PIERCE GADSON**
127 EAST MICHIGAN STREET
INDIANAPOLIS IN 46204

13977–49 *CLE*
**KENNETH ALLEN GANDY**
BANK ONE CENTER/TOWER
111 MONUMENT CIR. STE. 3700
INDIANAPOLIS IN 46204

24899–22 *Fees*
**PAMELA JEAN GILKEY**
2122 NORTH NEW JERSEY ST
INDIANAPOLIS IN 46202

7917–49 *CLE*
**GEOFFREY PHILLIP GOOCH**
STE 2600 111 MONUMENT CIR
P.O. BOX 44972
INDIANAPOLIS IN 46204

26045–03 *CLE*
**GRANT FIEDLER GOSHORN**

 

2001 N. PENNSYLVANIA ST.
INDIANAPOLIS IN 46202

14834–49 *CLE*
**DODD JOSEPH GRAY**
110 WEST HAMPTON DRIVE
INDIANAPOLIS IN 46208

10211–49 *CLE*
**MAUREEN O'BRIEN GRIFFIN**
ONE AMERICAN SQUARE
SUITE 2000, BOX 82064
INDIANAPOLIS IN 46282

26396–49 *Fees*
**VON MATTHEW HAMMOND**
ONE AMERICAN SQUARE
SUITE 3100
INDIANAPOLIS IN 46282

17638–49 *Fees*
**STEPHAN LARS HODGE**
7333 HOLLIDAY DRIVE WEST
INDIANAPOLIS IN 46260

7795–49 *CLE, Fees*
**JOHN ALAN HOUFF**
575 N. PENNSYLVANIA # 309
INDIANAPOLIS IN 46204

26415–49 *Fees*
**FELICIA LORRAINE HOWELLS**
·4841 COVERED BRIDGE ROAD
APT. C
INDIANAPOLIS IN 46268

15200–49 *CLE, Fees*
**RICHARD ALAN JONES**
7310 HIGHBURRY DRIVE
INDIANAPOLIS IN 46256

11995–49 *Fees*
**SUSAN DIANE KESSLER**
5121 BROADWAY
INDIANAPOLIS IN 46205

26860–49 *CLE, Fees*
**ASHISH KHANNA**
350 N. MERIDIAN ST. # 806
INDIANAPOLIS IN 46204

17067–49 *Fees*
**VANEETA MARKAND KUMAR**
7466 PERRIER DRIVE
INDIANAPOLIS IN 46278

8694–29 *CLE*
**DAN SPENCER LARUE**
6223 CENTRAL AVENUE
INDIANAPOLIS IN 46220

25899–49 *CLE, Fees*
**MEGHAN UZZI LEHNER**
255 NORTH ALABAMA STREET
INDIANAPOLIS IN 46204

15640–49 *CLE*
**DAVID ELLIS LEWIS**
120 EAST MARKET STREET
SUITE 910
INDIANAPOLIS IN 46204

9099–49 *Fees*
**MARK STEELE MAXWELL**
5906 E. 54TH PLACE
INDIANAPOLIS IN 46226

22170–49 *CLE*
**JOANNE COLLEEN MCANLIS**
10040 DEER RUN CIR.
FISHERS IN 46037

13715–49 *Fees*
**RICHARD WAYNE MCMINN**
150 EAST MARKET STREET
SUITE 200 ·
INDIANAPOLIS IN 46204

9861–49 *Fees*
**KEVIN MICHAEL MCSHANE**
235 NORTH DELAWARE
INDIANAPOLIS IN 46204

22483–49 *Fees*
**MARC JOSEF MCCARTHY MOSS**
47 SOUTH MERIDIAN STREET
SUITE 400
INDIANAPOLIS IN 46204

18421–29 *CLE*
**LINDLEY RICHARD MYERS**
100 NORTH SENATE AVENUE
IGCN, ROOM N–501
INDIANAPOLIS IN 46204

25412–49 *Fees*
**TIFFANY DANIELLE PRESLEY**

7024 BLUFFRIDGE WAY
INDIANAPOLIS IN 46278

18117–49 *CLE*
**MICHAEL RABINOWITCH**
ONE INDIANA SQUARE
SUITE 1800
INDIANAPOLIS IN 46204

25961–49 *CLE*
**KATHLEEN RAVOTTI**
4545 N. PENNSYLVANIA
INDIANAPOLIS IN 46205

11650–49 *CLE*
**LINDA REDDINGTON**
8400 NORTHWEST BOULEVARD
INDIANAPOLIS IN 46278

5940–49 *CLE*
**MARION ORVILLE REDSTONE**
1912 WOODLAWN AVENUE
INDIANAPOLIS IN 46203

18498–49 *Fees*
**LEONARD0 DA VINCI ROBINSON**
3221 BABSON COURT
INDIANAPOLIS IN 46268

22012–53 *CLE, Fees*
**LEIGIA RENEE ROSALES**
513 SOUTH SHERMAN DRIVE
INDIANAPOLIS IN 46203

15963–49 *CLE*
**PETER HALE ROSENTHAL**
151 NORTH DELAWARE STREET

SUITE 715
INDIANAPOLIS IN 46204

12076–49 *CLE*
**DARROLYN ANNE ROSS**
5645 N. ILLINOIS STREET
INDIANAPOLIS IN 46208

227–49 *Fees*
**FRED DOUGLAS SCOTT JR**
55 MONUMENT CIRCLE
SUITE 814
INDIANAPOLIS IN 46204

25953–49 *Fees*
**JOHN CHRISTOPHER SLATTEN**
2122 N. NEW JERSEY STREET
INDIANAPOLIS IN 46202

23995–29 *CLE*
**OCTAVIA FLORENCE SNULLIGAN**
143 EAST MARKET STREET
INDIANAPOLIS IN 46204

17147–53 *CLE*
**ROBBIN GEORGE STEWART**
P.O. BOX 29164
CUMBERLAND IN 46229

17112–30 *CLE*
**LAWRENCE EDWARD STRODTMAN**
384 BUCK CREEK ROAD
INDIANAPOLIS IN 46229

1074–49 *Fees*
**JOHN EDWIN THRASHER**

818 CHAPELWOOD BLVD.
INDIANAPOLIS IN 46214

23171–53 *CLE*
**JASON WAYNE TOLLIVER**
201 SOUTH SHELBY STREET
INDIANAPOLIS IN 46202

26998–49 *Fees*
**CHRISTINE MARIE TRENT**
156 E. MARKET STREET
SUITE 200
INDIANAPOLIS IN 46204

27483–49 *Fees*
**JOHN MICHAEL VASUTA**
310 EAST 96TH STREET
INDIANAPOLIS IN 46240

1184–49 *CLE*
**THOMAS JOSEPH WERNER**
6430 GREEN LEAVES ROAD
INDIANAPOLIS IN 46220

1225–49 *CLE, Fees*
**WILLIAM A. WICK**
251 EAST OHIO STREET
INDIANAPOLIS IN 46204

25890–49 *Fees*
**AMANDA LYNN YONALLY**
8900 KEYSTONE CROSSING
SUITE 520
INDIANAPOLIS IN 46240

**Marshall County**
2994–50 *CLE*

ROY DONALD BURBRINK
P.O. BOX 671
PLYMOUTH IN 46563

3213–50 *CLE, Fees*
HON EUGENE NELSON CHIPMAN SR
9010 SR 17
PLYMOUTH IN 46563

Monroe County
16401–53 *Fees*
DONALD WAYNE FRANCIS JR
ATTORNEY AT LAW
701 NORTH WALNUT STREET
BLOOMINGTON IN 47404

26223–53 *CLE*
SPENCER FIELD GOODSON
1327 EAST FIRST STREET
BLOOMINGTON IN 47401

8261–49 *CLE*
SHARON LYNNE GROEGER
301 NORTH COLLEGE AVENUE
ROOM 211
BLOOMINGTON IN 47404

18387–53 *Fees*
JOHN CHRISTIE HUNTINGTON
1532 CLAIRMONT PLACE
BLOOMINGTON IN 47401

17408–53 *Fees*
DEBORAH SUZANNE DAVIS KUB-
LEY

6370 EAST STATE ROAD 45
BLOOMINGTON IN 47408

10239–49 *Fees*
MARTIN ARTHUR MCCRORY
2702 FORRESTER STREET
BLOOMINGTON IN 47401

9341–53 *Fees*
BETTY KOWALSKI MINTZ
914 E. UNIVERSITY STREET
BLOOMINGTON IN 47401

10662–53 *Fees*
D.L. POER
POER LAW OFFICE
737 SOUTH DEER TRACE
BLOOMINGTON IN 47404

11304–53 *Fees*
THERESA ANN RIESS
1169 W. 2ND STREET
BLOOMINGTON IN 47403

26640–53 *Fees*
CHAD AARON WEEKS
929 WOODBRIDGE DRIVE
BLOOMINGTON IN 47408

Montgomery County
15987–49 *CLE, Fees*
JIMMIE DON BOWLIN JR
134 WEST MAIN STREET
CRAWFORDSVILLE IN 47933

3359–54 *CLE*
ROBERT LEE COOLEY

1314 W. MARKET ST.
CRAWFORDSVILLE IN 47933

**Morgan County**

18997–55 *Fees*

**DAVID BRIAN ALLEN**
409 E. COLUMBUS STREET
MARTINSVILLE IN 46151

**Perry County**

7598–62 *Fees*

**NORMAN EDWARD HAY**
201 EAST 7TH STREET
CANNELTON IN 47520

**Porter County**

26740–45 *CLE*

**GENEVA OLIVIA BROWN**
SCHOOL OF LAW
656 GREENWICH STREET
VALPARAISO IN 46383

5488–46 *CLE*

**JAMES LYONS KINGSLAND**
208 HUEGLI HALL
VALPARAISO UNIVERSITY
VALPARAISO IN 46383

9903–64 *Fees*

**LESTER CHARLES LUKMANN III**
107 BROADWAY
CHESTERTON IN 46304

14048–49 *Fees*

**DAVID RUSSELL PHILLIPS**

2803 BOILERMAKER COURT
SUITE 1D
VALPARAISO IN 46383

25424–64 *CLE*

**JOHN CHRISTOPHER PHILLIPS**
290 STREAMWOOD DRIVE
VALPARAISO IN 46383

24666–64 *CLE*

**KRISTIN JOY COLLINS RICHARD-SON**
205 WOODSIDE LANE
VALPARAISO IN 46385

25792–64 *CLE*

**OTTO JOSEPH SHRAGAL**
2900 BLUE GROUSE STREET
VALPARAISO IN 46383

16576–64 *Fees*

**MICHAEL STEVEN STRAUBEL**
VALPARAISO UNIVERSITY
SCHOOL OF LAW
VALPARAISO IN 46383

743–45 *CLE*

**FREDERICK MORGAN STULTS III**
304 CALUMET AVENUE
VALPARAISO IN 46383

**Posey County**

9442–65 *CLE*

**THOMAS GENTRY MCCLELLAN**
P.O. BOX 664
329 E. FOURTH ST.
MT. VERNON IN 47620

**Pulaski County**

19618–66 *Fees*

**MARY CATHRYN WELKER**
P.O. BOX 440
WINAMAC IN 46996

**Putnam County**

26036–67 *Fees*

**JAMES W. ENSLEY**
207 NORTHWOOD BOULEVARD
GREENCASTLE IN 46135

13789–49 *CLE*

**SIDNEY JAMES TONGRET**
109 W. WASHINGTON ST.
P.O. BOX 627
GREENCASTLE IN 46135

**St. Joseph County**

11143–71 *CLE*

**GREGORY KARYL BLANFORD**
922 EAST WAYNE STREET
SUITE 200
SOUTH BEND IN 46617

24523–71 *CLE*

**PATRICK GEORGE BOULAC**
50580 MOHAWK DRIVE
GRANGER IN 46530

22711–71 *Fees*

**MICHAEL SHANE CONNELL**
826 FOREST AVENUE
SOUTH BEND IN 46616

26695–71 *CLE*

**JESSICA A. FETTE**
400 LINCOLNWAY EAST
P.O. BOX 583
MISHAWAKA IN 46546

22413–71 *CLE*

**SUSAN TOMMYE JOHNSON**
P.O. BOX 596
GRANGER IN 46530

27235–53 *Fees*

**MARK WILLIAM MANCHAK**
51093 WOODCLIFF COURT
GRANGER IN 46530

16870–71 *Fees*

**RODNEY PAUL SNIADECKI**
620 SOUTH IRONWOOD DR.
MISHAWAKA IN 46544

464–71 *Fees*

**MICHAEL J. STEPANEK JR**
1908 E. SOUTHERN VIEW DR.
SOUTH BEND IN 46614

1060–20 *Fees*

**CLIFFORD R. WILLIAMS**
202 NORTH ELDER STREET
MISHAWAKA IN 46544

**Scott County**

5455–72 *Fees*

**JAMES RICKY KILBURN**
P.O. BOX 99
AUSTIN IN 47102

**Starke County**

27036–89 *Fees*

**NICHOLAS ALLEN BOURFF**

54 EAST WASHINGTON

KNOX IN 46534

**Sullivan County**

22411–77 *CLE, Fees*

**JEFFREY R. JOHNSON**

P.O. BOX 311

SULLIVAN IN 47882

**Tippecanoe County**

7938–45 *CLE, Fees*

**RONALD LEE HOPPES**

P.O. BOX 771

LAFAYETTE IN 47902

9448–98 *Fees*

**ALFRED EDWARD MCCLURE**

210 MEIJER DRIVE

SUITE C

LAFAYETTE IN 47905

10316–53 *Fees*

**FREDERICK SNYDER MEESSEN**

P.O. BOX 484

LAFAYETTE IN 47901

14397–79 *Fees*

**GRANT CLARK MITCHELL**

10238 ELLER CREEK DRIVE

FISHERS IN 46038

20508–53 *CLE*

**CHARLES ELLIOT OSMON**

SE. 301 MAIN STREET

LAFAYETTE IN 47901

**Union County**

2265–98 *CLE*

**GURSARAN SINGH SHOKER**

COLLEGE CORNER LAW OFFICE

P.O. BOX 367

WEST COLLEGE CORNER IN 47003

**Vanderburgh County**

7013–82 *CLE, Fees*

**GERALD G. FUCHS**

NINTH & VINE STREETS

P.O. BOX 3216

EVANSVILLE IN 47731

25669–82 *Fees*

**JULIA BELLE RIECKEN LANGERAK**

399 S. ALVORD BLV.

EVANSVILLE IN 47714

26446–53 *CLE*

**MATTHEW JAMES LATOWSKI**

OLD NATIONAL PLACE

ONE MAIN ST., STE. 600

EVANSVILLE IN 47708

10305–82 *CLE*

**ROBERT PAUL MUSGRAVE II**

P.O. BOX 972

EVANSVILLE IN 47706

15241–82 *CLE*

**MARY BETH PERDUE**

5011 WASHINGTON AVENUE
EVANSVILLE IN 47716

26552–82 *CLE*
**TERRY J. RECORD**
1611 CRYSTAL COURT
EVANSVILLE IN 47714

14939–82 *Fees*
**TROY ALLEN REYNOLDS**
JJB HILLIARD, WL LYONS
P.O. BOX 98
EVANSVILLE IN 47701

23150–53 *CLE*
**MICHAEL GARY SMITH**
P.O. BOX 3646
EVANSVILLE IN 47704

**Vigo County**
24797–84 *Fees*
**TODD ALAN BERRY**
401 EAST OHIO STREET
SUITE A–4
TERRE HAUTE IN 47807

**Wayne County**
19963–98 *Fees*
**ROBERT C. MCCONNELL**
155 SOUTH 20TH STREET
RICHMOND IN 47374

**White County**
1836–91 *Fees*
**LUCILLE PIA UTTERMOHLEN**

502 W. HARRISON STREET
P.O. BOX 278
MONTICELLO IN 47960

**Out of State**
3999–18 *CLE*
**EDWIN ROBERT ACHESON JR**
201 EAST 5TH STREET
CINCINNATI OH 45202

2324–98 *Fees*
**JON WINSTON ACKERSON**
2305 HURST BOURNE VILL. DR
SUITE 400
LOUISVILLE KY 40299

25228–45 *CLE*
**SELMA SUSAN ADAD**
816 NORTH LEAVITT # 3R
CHICAGO IL 60622

21479–76 *CLE*
**EDWARD ALTON ANANIA**
20319 NELLIE GAIL TR. LN.
KATY TX 77450

13918–49 *CLE*
**MICHAEL JOSEPH ANDROVETT**
8258 SAN BENITO WAY
DALLAS TX 75218

25242–45 *CLE*
**DAVID EDWARD ARTMAN**
415 NORTH LASALLE STREET
SUITE 402
CHICAGO IL 60610

3672–49 *Fees*
**CHARLES WILLIAM ASHBROOK**
016/417W/PAT/6
2800 PLYMOUTH RD
ANN ARBOR MI 48105

18339–49 *CLE*
**BETSY MCKEE AULT**
12517 TIVERTON LANE
GLEN ALLEN VA 23059

27437–76 *CLE, Fees*
**RAMI MAJED AWADALLAH**
1300 EAST 9TH STREET
SUITE 1625
CLEVELAND OH 44114

23810–49 *Fees*
**CANDACE KOLLEN AXLINE**
17651 FRONDOSO DRIVE
SAN DIEGO CA 92128

24785–49 *Fees*
**JACQUELINE CHARLENE AYERS**
8001 EASTERN AVENUE # 301
SILVER SPRING MD 20910

17226–53 *CLE*
**MARGARET BASS BAINES**
7420 RIDGE ROAD
SPRINGFIELD VA 22153

26253–64 *CLE, Fees*
**TIMOTHY DANIEL BARRETT**
17320 OTTAWA AVENUE

SPRING LAKE MI 49456

24557–53 *Fees*
**JENIFER JO BAUMANN**
13782 ATWOOD AVENUE
ROSEMOUNT MN 55068

22274–17 *Fees*
**DOUGLAS WESLEY BELLA**
4N734 EAST BLUE LAKE CIR
SAINT CHARLES IL 60175

22186–46 *Fees*
**MICHAEL ANGELO BIANCO**
113 NORTH JORDAN STREET
APT. 403
ALEXANDRIA VA 22304

25484–71 *Fees*
**SCOTT KAHMIL BIBB**
2201 MILL ROAD # 211
ALEXANDRIA VA 22314

10959–49 *Fees*
**JAMES WHITNEY BIBBINS**
7640 SHELBORNE DRIVE
GRANITE BAY CA 95746

20030–98 *CLE*
**PAUL JOSEPH BISHOP**
716 WEST MAIN STREET
SUITE 300
LOUISVILLE KY 40202

16698–49 *Fees*
**PAUL ANDREW BOKOTA**
26300 LA ALAMEDA

SUITE 100
MISSION VIEJO CA 92691

20800–49 *CLE*
**BRIAN ALLEN BOLINGER**
2997 LBJ FREEWAY
SUITE 225
DALLAS TX 75234

20040–49 *Fees*
**DUANE JOSEPH BRESCIA**
600 CONGRESS AVE.
# 1600
AUSTIN TX 78701

26274–02 *CLE*
**HEIDI LYNN BRIDEGAM**
6484 E SETTLERS RUN RD.
# 2
FLAGSTAFF AZ 86004

19024–49 *CLE, Fees*
**JEANETTE MACLEOD BROOK**
1200 SEVENTEENTH STREET
SUITE 2400
DENVER CO 80202

3604–98 *CLE*
**SANFORD MICHAEL BROOK**
SUITE 400
1601 BLAKE STREET
DENVER CO 80202

4337–98 *CLE*
**DANIEL DALE BROWN**

819 SHERMAN
DANVILLE IL 61832

20824–49 *CLE*
**CHRISTOPHER LEE BUTZ**
4020 COPPER VIEW
SUITE 225
TRAVERSE CITY MI 49684

22298–49 *Fees*
**KARLA LEE CAMERON**
2314 141 STREET E.
BRADENTON FL 34212

25184–10 *Fees*
**SHAWN ELLIOTT CANTLEY**
239 SOUTH 5TH STREET
SUITE 700
LOUISVILLE KY 40202

22169–07 *Fees*
**JONATHAN GRANT CHANCE**
33 S. QUEBEC ST.
SAN MATEO CA 94401

3831–98 *Fees*
**KRISTINA M. CHAPEKIS**
SUITE 1020
11 SOUTH LASALLE ST.
CHICAGO IL 60603

23901–71 *CLE*
**CHRISTINE ELIZABETH CLARK**
5037 N. DAMEN AVENUE
APT. 2
CHICAGO IL 60625

24734–15 *Fees*
**WILLIAM PATRICK COLEY II**
9334 UNION CENTRE BLVD.
SUITE 200
WEST CHESTER OH 45069

16387–49 *Fees*
**JONATHAN MICHAEL DAVIS**
5580 VIA MIRA FLORES
NEW BURY PARK CA 91320

26333–10 *Fees*
**JOSHUA WININSTER DAVIS**
2100 LANCASHIRE AVENUE
LOUISVILLE KY 40205

14413–45 *Fees*
**MICHAEL LOUIS DAVIS**
2800 SHELLY LANE
AURORAAISO IL 60504

4830–71 *Fees*
**MAUREEN O. DOWD**
1101 EAST KNOX DRIVE
TUCSON AZ 85719

19781–45 *CLE, Fees*
**PATRICK DENNIS DUFFY**
30 N. LASALLE STREET
STE. 4300
CHICAGO IL 60602

17935–10 *Fees*
**KEVIN TODD DUNCAN**
ONE RIVERFRONT PLAZA

STE. 1950, 401 W. MAIN ST
LOUISVILLE KY 40202

25929–71 *Fees*
**RYAN J. DWYER**
8201 16TH STREET # 308
SILVER SPRINGS MD 20910

4700–98 *Fees*
**MARK THOMAS DYKSTRA**
1728 ARLINGTON STREET
SARASOTA FL 34239

6647–98 *Fees*
**RICHARD JOE EBBINGHOUSE**
THE KRESS BUILDING
301 19TH STREET NORTH
BIRMINGHAM AL 35203

23558–54 *CLE*
**JEREMY JAMES EMMERT**
504 EAST 6TH STREET
UNIT 202
LITTLE ROCK AR 72202

17312–53 *CLE, Fees*
**SALLY ANN ENOCH**
8 FORBES LANE
WINDHAM ME 04062

23917–15 *CLE*
**NEIL FAIRWEATHER**
4200 CAREW TOWER
441 VINE STREET
CINCINNATI OH 45202

21227–49 *CLE*

**WILLIAM HUNTER FALIN**
THE HANNA BUILDING
1422 EUCLID AVE. STE. 630
CLEVELAND OH 44115

6780–98 *CLE*
**MATTHEW ARTHUR FARNER**
3395 BROSS ROAD
HASTINGS MI 49058

19793–49 *CLE*
**DAVENE LEAH FINNEL**
6552 BELL BLUFF AVENUE
SAN DIEGO CA 92119

15322–02 *CLE*
**STEVEN JOEL FISHMAN**
6TH FL. AT FORD FIELD
1901 ST. ANTOINE STREET
DETROIT MI 48226

11037–49 *CLE*
**CARL ANTHONY FOREST**
1801 CALIFORNIA STREET
SUITE 4900
DENVER CO 80202

12583–53 *CLE*
**WILLIAM PETER FUGELSO**
2360 MARS AVENUE
LAS CRUCES NM 88012

16254–92 *CLE*
**JEFFREY LYNN GAGE**
2 NORTH CENTRAL

PHOENIX AZ 85004

24839–53 *Fees*
**NICOLE C. GAGNON**
15 VELVET LANE
MYSTIC CT 06355

24602–10 *Fees*
**PETER MARK GANNOTT**
2501 MEADOW VALE COURT
LOUISVILLE KY 40242

21323–64 *Fees*
**ALAN ROBERT GLOECKLE**
461 CEDAR LANE
EAST MEADOW N.Y. 11554

26731–71 *Fees*
**JEFFREY BROOKS HALL**
297 HILLSWICK COURT
ATLANTA GA 30328

23817–02 *Fees*
**TIMOTHY CHRISTOPHER HALL**
1555 N. RIVER CENTER DR.
SUITE 202
MILWAUKEE WI 53212

24616–45 *CLE*
**ROBERT EARL HARRINGTON III**
180 NORTH WACKER DRIVE
THIRD FLOOR
CHICAGO IL 60604

20906–45 *Fees*
**GLENN RUSSELL HARRIS**
8345 FORESTVIEW COURT

FRANKFORT IL 60423

26177–45 *Fees*
**JUSTIN JEREMIAH HARRISON**
330 NORTH WABASH AVENUE
IBM BUILDING, SUITE 3300
CHICAGO IL 60611

26403–49 *Fees*
**SETH PAINE HASKELL**
400 ONE FINANCIAL PLAZA
120 SOUTH 6TH STREET
MINNEAPOLIS MN 55402

25623–49 *Fees*
**JENNIFER L. HATCHETT**
275 E. MAIN STREET
6E–A
FRANKFORT KY 40621

12090–02 *Fees*
**SCOTT KENDALL HEDEEN**
P.O. BOX 2265
DOTHAN AL 36302

11761–71 *Fees*
**BERNARD DWIGHT HENELY**
21896 MASTERS CIRCLE
ESTERO FL 33928

8636–79 *CLE*
**JEFFREY WAYNE HENSLEY**
2980 MEADOW HILL DRIVE
CLEARWATER FL 33761

27155–50 *CLE, Fees*

**JAMISON RYAN HERDRICH**
2135 NORTH HOYNE # 2
CHICAGO IL 60647

26973–53 *CLE*
**MICHAEL SCOTT HULT**
439 KEONIANA STREET
APT. # 805
HONOLULU HI 96815

25319–49 *CLE, Fees*
**KORY AKIN JACKSON**
1599 NAPOLEON LANE
CINCINNATI OH 45240

23617–49 *CLE, Fees*
**INDIA NEGRITA JEWELL**
83 HIGHWOOD PLACE
LOUISVILLE KY 40206

5502–45 *Fees*
**KATHLEEN MARIE KAHOE**
UNITED STATES ATTORNEY
2100 JAMIESON AVE.
ALEXANDRIA VA 22314

25326–49 *CLE*
**KEITH ALAN KARLSON**
15 SPINNING WHEEL RD.
# 310
HINSDALE IL 60521

22631–89 *Fees*
**GREGORY PAUL KAUFFMAN**
208 RUDOLPH ROAD
NORTH BALTIMORE OH 45872

CARLSBAD NM 88221

26071–49 *CLE*
**BRADLEY DENNIS KEATING**
2975 W. BROAD STREET
COLUMBUS OH 43204

19437–53 *Fees*
**JASON LORNE KENNEDY**
SEARS TOWER 223 S. WACKER
SUITE 5500
CHICAGO IL 60606

5160–98 *CLE, Fees*
**JAMES L. KERSHAW**
P.O. BOX 1640
EUSTIS FL 32727

24728–49 *Fees*
**ROBERT GERARD KILROY**
2352 SILVER RIDGE DRIVE
RENO NV 89509

14013–49 *CLE*
**JONATHAN HOWARD KLAPPER**
2646 NE 9TH AVENUE
WILTON MANORS FL 33343

5572–02 *Fees*
**RHEBA JESSICA STEVENS KNOX**
8910 CROSSWIND CIRCLE
# 204
MONTGOMERY AL 36117

11795–98 *Fees*
**JEANNE MARIE LAHRMAN**
P.O. BOX 1077

8755–71 *CLE*
**BARBARA SUE L. LEHMAN**
9515 SHEEHAN RD.
CENTERVILLE OH 45458

14021–22 *CLE*
**MICHAEL JEROLD LEVY**
200 SOUTH 7TH STREET
SUITE 303
LOUISVILLE KY 40202

19134–22 *Fees*
**GREGORY ALLEN LINDSEY**
1600 WHITTINGTON DRIVE
RALEIGH NC 27614

10015–02 *Fees*
**VASIL CRAIG LITCHIN**
P.O. BOX 1102
SOLANA BEACH CA 92075

16115–49 *CLE*
**RICHARD LOISEAU**
7680 UNIVERSAL BLVD.
SUITE 340
ORLANDO FL 32819

15495–64 *CLE, Fees*
**TIMOTHY DAVID LUCERO**
1515 UNIVERSITY DRIVE
SUITE 111
CORAL SPRINGS FL 33071

16117–18 *CLE, Fees*
**RICHARD LEE LUDWICK**

55 GULLANE DRIVE
SLINGERLANDS N.Y. 12159

11245–98 *Fees*
**MICHAEL NICHOLAS LYGNOS**
115 SOUTH NEWPORT AVENUE
TAMPA FL 33606

9895–49 *Fees*
**LARRY BEN LYTLE**
1959 SOUTH POWER ROAD
# 103–448
MESA AZ 85206

22601–49 *Fees*
**LACANDAS LARAE MALONE**
17822 PINE COURT
CARSON CA 90746

15650–98 *CLE*
**JERRY DARNELL MASSIE**
14410 DANUBE LANE
MITCHELLVILLE MD 20721

19845–22 *CLE*
**WILLIAM HARVEY MAY**
THE EQUUS BUILDING
127 WEST MAIN STREET
LEXINGTON KY 40507

21018–53 *Fees*
**JAMES EDWARD MCHIE JR.**
576 MILL WOOD BLVD.
MARYSVILLE OH 43040

10183–49 *Fees*

**WILLIAM RICHARD MCMASTER**
1155 BELLA SPRINGS VIEW
# 512
CO. SPRINGS CO 80921

23352–64 *CLE*
**DIANNA LYNN MEJIA**
480 NE 30TH STREET
# 1006
MIAMI FL 33137

26488–11 *CLE*
**DEONE CAROLYN HAUGEN MERKEL**
920 ROOSEVELT STREET
DUBUQUE IA 52001

9217–71 *CLE*
**JAMES MICHAEL MILLER**
120 S. BROADWAY
P.O. BOX 155
CASSOPOLIS MI 49031

10031–82 *CLE*
**ROBERT COLVILLE MITCHELL JR**
52 EAST GAY STREET
P.O. BOX 1008
COLUMBUS OH 43216

13785–02 *Fees*
**KATHLEEN ANN MOCCIO**
115 VALLEYVIEW PLACE
MINNEAPOLIS MN 55419

13044–98 *Fees*
**ROY T. MONTGOMERY**
833 STERLING DRIVE

FOND DU LAC WI 54935

26503–49 *CLE*
**BENJAMIN THOMAS MOORE**
503 W FULLERTON PKWY
UNIT 1
CHICAGO IL 60614

9266–98 *Fees*
**STEVEN CRAIG MORRISON**
5104 SALEM RIDGE ROAD
HOLLY SPRINGS NC 27540

3968–79 *Fees*
**JILL ANNICE HANDLEY MURPHY**
4333 EDGEWOOD ROAD NE
CEDAR RAPIDS IA 52499

15515–49 *Fees*
**RICHARD BRIAN MURPHY**
8 KNOLLWOOD TERRACE
CHESTER NJ 07930

16150–10 *Fees*
**MICHAEL O. MURRAY**
P.O. BOX 9383
DAYTONA BEACH FL 32114

25585–29 *CLE*
**GINA MARIE NILSON**
124 POLK STREET
SPRING LAKE NC 28390

16286–49 *CLE*
**JOHN EMERSON PARRISH**
DISCOVERY DRIVE

KNERR BUILDING
SWIFTWATER PA 18370

13190–98 *CLE*
**WILLIAM WALTER PEARSON**
2 NORTH CENTRAL AVENUE
SUITE 2200
PHOENIX AZ 85004

21777–64 *Fees*
**LISA ANNE PENLAND**
1528 CEDAR DRIVE
ADEL IA 50003

16940–53 *Fees*
**HARVEY GENE PHILLIPS II**
1602 CHALLEN AVENUE
JACKSONVILLE FL 32205

12083–49 *CLE*
**ROBERT KIRK PHILLIPS**
650 CALIFORNIA STREET
10TH FLOOR
SAN FRANCISCO CA 94108

18116–31 *Fees*
**PETER LOUIS QUEBBEMAN**
6427 WEST HWY. 146
SUITE 5
CRESTWOOD KY 40014

22625–02 *CLE*
**KRISTINE HANRATTY REED**
527 NORTH WESTMINSTER ST.
P.O. BOX 100
WAYNESFIELD OH 45896

15612–49 *CLE*
**AMY FRANCES RESS**
400 N. MCCLURG COURT 2713
CHICAGO IL 60611

23720–64 *Fees*
**THOMAS PATRICK RILEY**
1168 SOUTH PLYMOUTH CT
# 2NE
CHICAGO IL 60605

26110–39 *Fees*
**HEATHER ELIZABETH ROCHET**
4616 NORTHRIDGE CIRCLE
CRESTWOOD KY 40014

6194–10 *CLE*
**CHARLES ALEXANDER ROSE**
471 WEST MAIN STREET
SUITE 400
LOUISVILLE KY 40202

11833–98 *Fees*
**MARTIN A. ROSEN**
5600 BEE RIDGE ROAD # B
SARASOTA FL 34233

24370–82 *CLE*
**SHAWN NATHANIEL ROUNTREE**
506 TERRACE COVE WAY
ORLANDO FL 32828

6587–49 *CLE*
**CHARLES ERIC RUSSELL**
1419 BILTMORE COURT

COPPELL TX 75019

27–45 *CLE*
**JEFFREY DAVID SALBERG**
P.O. BOX 1299
PARK CITY UT 84060

17099–49 *Fees*
**JEFFREY WAYNE SALMON**
WELSH & KATZ, LTD, 22ND FL
120 S. RIVERSIDE PLAZA
CHICAGO IL 60606

18144–64 *Fees*
**SUZANNA CHRISTINE SCHRADER**
2123 NORTH 77TH COURT
ELMWOOD PARK IL 60707

18875–49 *Fees*
**PAUL JAMES SCHUMACHER JR**
300 BOYLSTON ST
UNIT 516
BOSTON MA 02116

19450–49 *Fees*
**KEILA MONIQUE SELDERS**
4410 MEADOWCOVE DRIVE
ROWLETT TX 75088

115–98 *CLE*
**JOHN AMBROSE SHAHAN**
536 EAST TARPON AVENUE
SUITE 3
TARPON SPRINGS FL 34689

26584–02 *CLE*
**BRENT ALLAN SHELLEY**

19406 VAN AKEN BLVD.
APT. 102
SHAKER HEIGHTS OH 44122

21090–49 *Fees*
**BRIAN SAMUEL SHORT**
5400 RENAISSANCE TOWER
1201 ELM STREET
DALLAS TX 75270

2113–10 *Fees*
**NADER G. SHUNNARAH**
200 SOUTH FIFTH STREET
SUITE 5 NORTH
LOUISVILLE KY 40202

15848–49 *Fees*
**ERIC THOMAS SIMONSEN**
17060 EAST COLIMA ROAD
# 243
HACIENDA HTS. CA 9174

16515–49 *CLE, Fees*
**DENNIS CHARLES SKARVAN**
100 NE ADAMS STREET
PEORIA IL 61629

25458–49 *CLE*
**RYAN WAYNE SNYDER**
211 SYLVAN DRIVE
DECATUR IL 62521

14377–71 *Fees*
**DAVID BARRY SOSIN**
SUITE 300

11800 SOUTH 75TH AVE.
PALOS HEIGHTS IL 60463

16309–29 *Fees*
**ALLEN LEROY SPIKER**
6901 DODGE STREET
SUITE 107
OMAHA NE 68132

457–98 *Fees*
**ROBERT PHILLIP STEELE**
P.O. BOX 7188
MADISON WI 53707

738–98 *CLE*
**STANLEY A. STRZELECKI JR**
6446 W. 127TH ST.
PALOS HEIGHTS IL 60463

19588–79 *Fees*
**MALINDA L. SUSALLA**
ONE MIRANOVA PLACE
# 825
COLUMBUS OH 43215

13903–71 *CLE*
**DAVID PATRICK TAYLOR**
P.O. BOX 433
69001 M–62
EDWARDSBURG MI 49112

17079–64 *Fees*
**TERRI M. TEGTMAN**
2139 ALLEGRE CIRCLE
# 102
NAPERVILLE IL 60563

20550–64 *Fees*
**LORI CRISTINE THEILEN**
167 NORTH ILLINOIS
SPRINGFIELD IL 62702

15087–10 *Fees*
**CHARLES LEE TRIPLETT**
1000 DEVON CT.
GOSHEN KY 40026

2062–71 *Fees*
**JOHN PHILIP TUSKEY**
AMER. CNT. FOR LAW & JUST
1000 REGENT UNIV. DR.
VIRGINIA BEACH VA 23464

2206–98 *Fees*
**ANN LOUISE VANDERLAAN**
38505 WOODWARD AVE.
STE. 2300
BLOOMFIELD HILL MI 48304

14985–49 *CLE*
**LAM QUANG VU**
18445 AMISTAD STREET
FOUNTAIN VALLEY CA 92708

19916–49 *CLE, Fees*
**ELAINE WATERHOUSE WILSON**
555 WEST MADISON STREET
APT. 01–3102
CHICAGO IL 60661

21881–64 *CLE*
**DEBRA JO WYSONG**

20 NORTH MICHIGAN
SUITE 300
CHICAGO IL 60602

1417–79 *Fees*
**STEPHEN EDWARD YEAGER**
1950 RIVERVIEW TOWER
900 SOUTH GAY STREET
KNOXVILLE TN 37902

19407–49 *Fees*
**JUNE GRACE YOUNG**
11 DOS ENCINAS
ORINDA CA 94563

18487–45 *CLE*
**JOHN WALTER ZIELINSKI**
118 BROOKSHIRE COURT
WINTER SPRINGS FL 32708